# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JIMMIE LYNN GIROUX,

        Plaintiff,

-vs-                                            Case No. 6:09-cv-643-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

On March 4, 2010, the Commissioner of Social Security (the "Commissioner") filed an Unopposed Motion for Entry of Judgment With Remand (the "Motion") requesting that the decision of the Commissioner be reversed and remanded under sentence four of 42 U.S.C. § 405(g). Doc. No. 20. It is recommended that the Motion be GRANTED. The decision of the Commissioner of Social Security (the "Commissioner") should be reversed under sentence four of 42 U.S.C. § 405(g) and the case be remanded to the Commissioner for the following:

> To further develop the record and issue a new decision. The administrative law judge (ALJ) will include all work related non-exertional and exertional abilities and limitations of a material nature in the residual functional capacity (RFC) finding. In this regard, the ALJ will hold a supplemental hearing to allow vocational expert testimony about the effect of Plaintiff's non-exertional limitations on the number of jobs that exist in the national economy that Plaintiff could perform. The ALJ will also consider the evidence that has been received in connection with Plaintiff's subsequent application filed on March 11, 2009, and that was allowed at the initial determination level by the state agency with an established onset of March 11, 2009. Plaintiff is permitted to

> supplement the record with treatment notes related to her condition up to the time of the new ALJ decision.

Doc. No. 17 at 1.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 8, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties