UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIMMIE LYNN GIROUX,

Plaintiff,

-vs-  Case No. 6:09-cv-643-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. No. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to **CLOSE** the case pending resolution of the proceedings on remand.

It is **SO ORDERED** in Orlando, Florida, this 25 day of March, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge